Danielle K. Graham, Arizona Bar No. 030543
Law Office of Danielle K. Graham
15831 S. 33rd Place
Phoenix, AZ 85048
Telephone (Mobile): 480.225.8689
Facsimile:  866.973.8504
dkg@dkgrahamlaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shon Marquez, <br><br> Plaintiff, <br><br> vs. <br><br> Broker Solutions, Inc., d/b/a New American Funding, a California corporation; <br><br> Defendant. | Case No.  CV-20-02144-PHX-SPL <br><br> **REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR EARLY SETTLEMENT CONFERENCE** |

Plaintiff Shon Marquez, through undersigned counsel and pursuant to Rule 83.10 of the Local Rules of Civil Procedure for the District of Arizona, hereby requests that this matter be referred to a magistrate judge for the scheduling of an early settlement conference/mediation.

RESPECTFULLY SUBMITTED this March 29, 2021.

Danielle K. Graham, Arizona Bar No. 030543
*Attorney for Plaintiff*

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March 2021, I electronically transmitted the foregoing document and any attachments to the U.S. District Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

L. Eric Dowell
OGLETREE, DEAKINS et al.
Esplanade Center III, Suite 800
2415 E. Camelback Road
Phoenix, AZ 8516
Eric.dowell@ogletree.com
*Attorney for Defendant*

By: _____
Danielle K. Graham, Bar No. 030543
*Attorney for Plaintiff*