Danielle K. Graham, SBN 030543
Law Office of Danielle K. Graham
15831 S. 33rd Place
Phoenix, AZ 85048
Telephone (Mobile): 480.225.8689
Facsimile:  866.973.8504
dkg@dkgrahamlaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shon Marquez, <br><br> Plaintiff, <br><br> vs. <br><br> Broker Solutions, Inc., d/b/a New American Funding, a California corporation; <br><br> Defendant. | Case No.  CV-20-02144-PHX-SPL <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Shon Marquez ("**Plaintiff**") and Defendant Broker Solutions, Inc., d/b/a New American Funding ("**Defendant**") acting through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by the parties, that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party to bear its own attorney's fees and costs.

//

RESPECTFULLY SUBMITTED this June 22, 2021.

_____
Danielle K. Graham, SBN 030543
*Attorney for Plaintiff*


*Eric Dowell signed w/permission DKG*
_____
L. Eric Dowell, SBN 011458
*Attorney for Defendant*

# **ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____, 2021

_____
Honorable Steven P. Logan
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2021, I caused the foregoing document to be electronically transmitted to the U.S. District Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrant:

L. Eric Dowell
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
eric.dowell@ogletreedeakins.com
*Attorney for Defendant*

By: _____
Danielle K. Graham, SBN 030543
*Attorney for Plaintiff*